# <u>Weisberg Law, P.C.</u>

## also t/a Consumer Justice Alliance

*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

<u>Philadelphia County, Pennsylvania</u>
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

<u>Camden County, New Jersey</u>
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

Web-Site: **www.weisberglawoffices.com**
**E-Mail**: mweisberg@weisberglawoffices.com

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

*Monday, November 15, 2010*

Hon. C. Darnell Jones, II
Via ECF & Fax: (267) 299-5057

     RE:    <u>Earl and Linda Kean v. County of Lancaster, et al</u>
           No.:    09-0567

Your Honor:

     Per this Honorable Court's Order granting Plaintiffs leave to amend their complaint, Plaintiffs, respectfully, "stand" on their First Amended Complaint as filed (reserving the right to move to amend thereafter this Honorable Court's prospective adjudication of any renewed motions to dismiss).

     Thank Your Honor for your consideration.

          Sincerely,

          /s/ Matthew B. Weisberg
          MATTHEW B. WEISBERG

MBW/hcm
Cc:    Susan L. DiGiacomo, Esq.
       Kathleen M. Carson, Esq.
       John Flounlacker, Esq.
       Frank J. Lavery, Jr., Esq.
       James D. Young, Esq.
       (Via ECF Only)