IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL KEAN and LINDA KEAN, | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 09-567 |
| v. | : | |
| KENNETH HENRY, CHARLES KRAUS, III, MICHAEL LYONS, SR., GORDON BERLIN, WEST DONEGAL TOWNSHIP, MOUNT JOY TOWNSHIP, and ELIZABETHTOWN BOROUGH, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of February, 2012, upon consideration of Defendants' Motions to Dismiss (Dkt. Nos. 28, 32, 33 and 36), Plaintiffs' Opposition thereto (Dkt. No. 37), Defendant Elizabethtown Borough's Reply (Dkt. No. 39), and Plaintiffs' Sur-Reply (Dkt. No. 44) it is hereby ORDERED as follows:

1. Said Motions are GRANTED;

2. Count I of Plaintiffs' Complaint is DISMISSED with prejudice;

3. This Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims (Counts II and III); and

3. This matter shall be marked CLOSED for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II,   J.